The Voges Manufacturing Co., Inc., Appellant, *v.* New York and Queens Electric Light and Power Company, Respondent.

First Department, March 7, 1941.

*Sidney C. Seltzer* of counsel [*Max Seltzer* with him on the brief], for the appellant.

*John B. Purcell* of counsel [*Beardsley & Taylor*, attorneys], for the respondent.

PER CURIAM. Plaintiff sues in equity. Defendant interposes a legal counterclaim and seeks a money judgment. In the circumstances plaintiff was entitled as a matter of right to a jury trial of the issues raised by the counterclaim and reply. (Civ. Prac. Act, § 424; *Deeves* v. *Metropolitan, etc., Co.*, 6 Misc. 91; affd. on opinion below, 141 N. Y. 587; *Di Menna* v. *Cooper & Evans Co.*, 220 id. 391; *Herb* v. *Metropolitan Hospital*, 80 App. Div. 145.) The motion for such relief should have been granted.

It follows that the order should be reversed, with twenty dollars costs and disbursements, and the motion granted.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted.